IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

FRANCISCO ALVAREZ and
COUSIN CONSTRUCTION COMPANY,

Movants,

v.

U.S. DEPARTMENT OF LABOR,

Respondent.

Miscellaneous No. ____________

**MOTION FOR ORDER PURSUANT TO CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978**

COME NOW the Movants, Francisco Alvarez and Cousin Construction Company, by and through counsel, and move this Court pursuant to Section 1110 of the Right to Financial Privacy Act of 1978, 12 U.S.C. Section 3410, for an order preventing the government from obtaining access to:

1. The personal financial records of Francisco Alvarez (14853 Daytona Court, Woodbridge, VA 22193) and
2. The financial records of Cousin Construction Company (14853 Daytona Court, Woodbridge, VA 22193).

The agency seeking access is the **U.S. Department of Labor, Office of the Inspector General.**

The financial records under subpoena are held by Branch Banking & Trust (d/b/a BB&T) at 4320 Kahn Drive, Building 1, Lumberton, North Carolina 28358.

The Sworn Statements of Francisco Alvarez, individually, and Cousin Construction Company, in support of this Motion are attached and incorporated herein as Exhibit 1.

Law Offices
Leonard A. Sacks & Associates, P.C.
One Church Street
Suite 303
Rockville, Maryland 20850

Tel: (301) 738-2470
Fax: (301) 738-3705

Respectfully submitted by,

Leonard A. Sacks, Esq., DCB 150268
Leonard A. Sacks & Associates, P.C.
One Church Street • Suite 303
Rockville, Maryland 20850
lsacks@laspc.net
(301) 738-2470

*Counsel for the Movants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978 was sent by Certified U.S. Mail, postage prepaid this 22th day of January 2008 to U.S. Department of Labor, Office of the Inspector General, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

Leonard A. Sacks

Law Offices
Leonard A. Sacks & Associates, P.C.
One Church Street
Suite 303
Rockville, Maryland 20850

Tel: (301) 738-2470
Fax: (301) 738-3705

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

**FRANCISCO ALVAREZ and COUSIN CONSTRUCTION COMPANY,**

**Movants,**

v.

**U.S. DEPARTMENT OF LABOR,**

**Respondent.**

**Miscellaneous No. ________________**

## SWORN STATEMENTS OF FRANCISCO ALVAREZ AND COUSIN CONSTRUCTION COMPANY PURSUANT TO CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978

We, the Movants, Francisco Alvarez, an individual, and Cousin Construction Company , customers of Branch Banking & Trust (a/k/a BB&T), are the subjects, whose financial records are being requested by the U.S. Department of Labor Office of the Inspector General ("OIG"). We wish to challenge the OIG's access to these records on one or more of the following grounds:

1. The financial records sought are not relevant to the legitimate law enforcement inquiry stated in the Customer Notice because the work performed by Cousins Construction Company on the Smithsonian Project began in January 2006 and was completed in July 2006. The Subpoena requests records for calendar years 2005 through 2007 which, except for the period in question, is too broad to the subject project. Additionally, no work was performed by Francisco Alvarez, individually, and there is no basis for the OIG to request Francisco Alvarez's personal financial information during any time period.



We declare, under the penalties of perjury, that the foregoing is true and correct to the best of our information, knowledge and belief.

Francisco Alvarez
Francisco Alvarez, Individually

Sworn and subscribed to before me this 16 day of January 2008.

SEAL

, Notary Public
My commission expires: 10/31/08
Reg. 344 638

Francisco Alvarez
Francisco Alvarez, President
Cousin Construction Company

Sworn and subscribed to before me this 16 day of January 2008.

SEAL

, Notary Public
My commission expires: 10/31/08
Reg. 344638

**Subpoena**

**U.S. Department of Labor**
**Office of Inspector General**

To: BB&T
Subpoena Compliance Department
4320 Kahn Drive, Building 1
Lumberton, NC 28358

The Inspector General of the U.S. Department of Labor hereby commands you to appear before Special Agent Edgardo Correa, an official of the Office of Inspector General, at 800 N. Capitol St., NW, Suite 460 in the city of Washington and the state of District of Columbia on the 24th day of January 2008 at 2 o'clock PM of that day. You are hereby required to bring with you and produce at said time and place the following documents, reports, records, accounts, papers and other data and documentary evidence:

For the time period January 1, 2005 through December 31, 2007, all records from all accounts held in the name o Cousin Construction Company, 14853 Daytona Ct., Woodbridge, VA 22193 and/or Francisco Alvarez (SSN believed to be 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), 14853 Daytona Ct., Woodbridge, VA 22193, to include all accounts in which either party had signatory authority and/or the right of withdrawal.
See also ATTACHMENT A.
You may respond by mail in lieu of appearing in person.

which are necessary in the performance of the responsibility of the Inspector General under Public Law 95-452, (5 U.S.C. Appendix 3) to:

(i) conduct and supervise audits and investigations relating to the programs and operations of the Department of Labor;
(ii) recommend policies for the purpose of promoting economy, efficiency, and effectiveness in the administration of such programs and operations;
(iii) conduct activities to prevent and detect fraud and abuse in such programs and operations, and;
(iv) carry out the additional investigative responsibilities and authorities transferred to the Inspector General by P.L. 95-452, as they relate to labor-management relations, internal union affairs, and labor benefit plans.

OFFICE OF INSPECTOR GENERAL UNITED STATES DEPARTMENT OF LABOR

The seal of the Department of Labor, Office of Inspector General is affixed hereto, and the undersigned hereby issues this subpoena this 4th day of January 2008.

Daniel R Petrole
Deputy Inspector General

ATTACHMENT A

ATTACHMENT TO SUBPOENA ISSUED TO:

BB&T
Subpoena Compliance
4320 Kahn Drive, Building 1
Lumberton, NC 28358

Records should include but are not limited to:

SAVINGS ACCOUNT RECORDS: Including signature cards, ledger cards or records reflecting dates and amounts of deposits, withdrawals, interest, debit and credit memos, deposit slips, checks deposited, withdrawal slips, and checks issued for withdrawals, Forms 1099 issued.

CHECKING ACCOUNT RECORDS: Including signature cards, bank statements, deposit slips, checks deposited, checks drawn on the account, records pertaining to all debit and credit memos, Forms 1099 issued.

LOAN RECORDS: Including applications, financial statements, loan collateral, credit and background investigations, loan agreements, notes or mortgages, settlement sheets, contracts, checks issued for loans, repayment records, including records revealing the date, amount and method of repayment (cash or check), checks used to repay loans and a record disclosing the total amount of discount or interest paid annually, records of any liens, loan correspondence files, and internal bank memoranda.

SAFE DEPOSIT BOX RECORDS: Including contracts, access records, and records of rental fees paid disclosing the date, amount, and method of payment (cash or check).

CERTIFICATES OF DEPOSIT AND MONEY MARKET CERTIFICATES: Including applications, actual instruments(s), records of purchases and redemption's, checks issued on redemption, checks used to purchase certificate, any correspondence and any Forms 1099 issued, records revealing the annual interest paid or accumulated, the dates of payment or date interest is earned, checks issued for interest payments.

U.S. TREASURY NOTES AND BILLS: All records of the purchase of U.S. Treasury Bills and Notes and/or subsequent sale of such bills or notes, including interest paid, checks used for the purchase or sale of the notes and bills, Forms 1099 issued, checks issued for interest payments, records of interest paid or accumulated revealing the dates and amount of interest paid or accumulated.

CREDIT CARD RECORDS: Including customer's application, signature card, credit or background investigations conducted, correspondence, monthly billing statements, individual charge invoices, repayment records disclosing the dates, amounts and method (cash or check) of repayment, checks used to make repayments (front and back).

PURCHASES OF BANK CHECKS: Purchases of bank checks, cashier, teller, travelers' check records, or money order records including the check register, file copies of the checks or money orders, records revealing the date and source of payment for said checks or money orders.

<u>OTHER RECORDS:</u> Records of certified checks, wire transfers, or collections, letters of credit, bonds and securities purchased through your bank, savings bond transactions and investment accounts. Such records that disclose the date and amount of the transaction, method (cash or check) and source of payment, instruments and statements of transactions.

All correspondence with the above persons/entities and/or with third parties regarding the above persons/entities. All memoranda, notes, files, or records relating to meetings or conversations concerning the above persons/entities.

<u>RECORD FORMAT</u>: In addition to hard copies, records are requested in the form of magnetic media. Data may be provided on CD-ROM or 3 1/2 inch diskette, in ASCII delimited format. A record layout for the data is also requested.

**U.S. Department of Labor**

Office of Inspector General
Washington, D.C. 20210





**Customer Notice (RFPA)**
**Right to Financial Privacy Act**

Dear Francisco Alvarez and Cousin Construction Company
Name of Customer

Address: 14853 Daytona Ct.

Woodbridge, VA 22193

Records or information concerning your transactions held by the financial institution named in the enclosed subpoena are being sought by the Office of Inspector General (OIG), U.S. Department of Labor (US DOL), a Government Agency, in accordance with the Right to Financial Privacy Act of 1978, 12 U.S.C. Sections 3401-3422, for the following purpose:

To obtain evidence in an investigation involving federal construction contracts with the Smithsonian Institution.

If you desire that such records or information not be made available, you must:

1. Fill out the accompanying motion paper and sworn statement (as indicated by the instructions beneath each blank space) or write one of your own, stating that you are the customer whose records are being requested by the above Government Agency, and either giving the reasons you believe that the records are not relevant, or any other legal basis for objecting to the release of the records.

2. File the motion and sworn statement by mailing or delivering them to the Clerk of the following U.S. District Court:

| U.S. District Court for District of Columbia | OR | U.S. District Court for |
|---|---|---|
| 3rd Street and Constitution Ave, NW | | Eastern District of Virginia |
| Washington, D.C. 20001 | | 401 Courthouse Square |
| | | Alexandria, VA 22314 |

3. Serve the Government Agency requesting the records by mailing (by registered or certified mail) or by delivering a copy of your motion and sworn statement to the address listed below:

Office of Inspector General, U.S. Department of Labor
200 Constitution Avenue, NW
Room S-5506
Washington, DC 20210
Attention: Office of Legal Services

4. Be prepared to come to court and present your position in further detail.

5. You are not required to have a lawyer, although you may wish to employ one to represent you and protect your rights.

If you do not follow the above procedures, upon the expiration of ten days from the date of service or fourteen days from the date of mailing this Notice, the records or information requested may be made available. These records may be transferred to other Government Agencies for legitimate law enforcement inquiries, in which you will be notified after the transfer.

Date: 1/4/08

Very truly yours,

Address: 200 Constitution Avenue, NW
Room S-5506

Washington, D.C. 20210

Daniel R. Petrole
Deputy Inspector General
U.S. Department of Labor
Office of Inspector General

Telephone: *(202) 693-5116

Enclosures: Subpoena
Statement of Customer Rights
Instructions for Completing Forms
Motion Form
Sworn Statement Form
Customer Certificate of Service
Customer Authorization to Release Financial Records

*OIG Counsel

**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FRANCISCO ALVAREZ and COUSIN CONSTRUCTION COMPANY,** | |
| **Movants,** | |
| **v.** | **Miscellaneous No. ________________** |
| **U.S. DEPARTMENT OF LABOR,** | |
| **Respondent.** | |

**ORDER**

UPON CONSIDERATION of the Movants, Francisco Alvarez and Cousin Construction Company, Motion pursuant to Section 1110 of the Right to Financial Privacy Act of 1978, 12 U.S.C. Section 3410, for an order preventing the government from obtaining access to the personal financial records of Francisco Alvarez and the financial records of Cousin Construction Company (14853Daytona Court, Woodbridge, VA 22193), and good cause having been shown, it is this ___ of _________, 2008 hereby,

ORDERED, that the Motion is granted.

________________________________

J U D G E

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705