UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FRANCISCO ALVAREZ and COUSIN CONSTRUCTION COMPANY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 08-mc-43 (RMC) |
| U.S. DEPARTMENT OF LABOR, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER TO FILE SWORN RESPONSE**

Plaintiffs Francisco Alvarez and Cousin Construction Company having filed a "Motion for Order Pursuant to the Customer Challenge Provisions of the Right to Financial Privacy Act of 1978," 12 U.S.C. § 3410, which the Court deems a motion to quash an administrative subpoena, and the Court having reviewed the Motion and found it in compliance with 12 U.S.C. § 3410(a), the Court hereby **ORDERS** the U.S. Department of Labor ("DOL") to file its sworn response, which may be filed *in camera* if DOL includes in its response the reasons which make *in camera* review appropriate. *See* 12 U.S.C. § 3410(b). Said response shall be filed no later than February 14, 2008.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: February 7, 2008