UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCISCO ALVAREZ and <br> COUSIN CONSTRUCTION COMPANY <br><br> Movants, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 08-MC-43 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ENTRY OF APPEARANCE

**THE CLERK OF THE COURT** will please enter the appearance of Paul A. Mussenden, Assistant U.S. Attorney, as counsel of record for the United States Department of Labor, Defendant in the above-captioned matter.

Respectfully submitted,

/s/
PAUL A. MUSSENDEN
Assistant United States Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm E-4812
Washington, D.C. 20530
(202) 305-4740