# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCISCO ALVAREZ and<br>COUSIN CONSTRUCTION COMPANY<br><br>      Movants,<br><br>      v.<br><br><br>U.S. DEPARTMENT OF LABOR,<br><br>      Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-MC-43 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby notify the Court that this matter is hereby dismissed with prejudice. Each party shall bear its own costs and fees.

DATED: February 12, 2008.

                                                                           Respectfully submitted,

| | |
|---|---|
| __/s/_____<br>LEONARD A. SACKS, DCB 150268<br>Attorney at Law<br>Leonard A. Sacks & Associates, P.C.<br>One Church Street, Suite 303<br>Rockville, Md 20850<br>(301) 738-2470<br><br>Attorney for Plaintiffs | __/s/_____<br>JEFFREY A. TAYLOR<br>United States Attorney<br><br>__/s/_____<br>RUDOLPH CONTRERAS, D.C. Bar # 434122<br>Assistant United States Attorney<br><br>__/s/_____<br>PAUL A. MUSSENDEN,<br>Assistant United States Attorney<br>555 Fourth Street, NW, Room E-4812<br>Washington, DC  20530<br>(202) 305-4740<br><br>Attorneys for Defendant |